# UNITED STATES DISTRICT COURT

For the
Eastern District of Michigan

LA GRASSO BROS., INC.
5001 Bellevue
Detroit, Michigan 48202
(313) 579-1455

        Plaintiff

v.

AMERICAN FOODSERVICE, LLC
2740 Grange Hall Road
Fenton, Michigan 48430
(248) 760-8831

and

DAVID M. MAZUR, JR.
15219 Weller Court
Holly, Michigan 48442
(248) 328-9592

        Defendants

Case No. 2:10-cv-10711-MOB-VMM
Hon. Marianne O Battani

**'10 OCT 22 P3:57 FILED**

## MOTION FOR LEAVE TO SUPPLEMENT RESPONSE

Defendant, American Foodservice LLC, and David M. Mazur Jr., hereby submits this

memorandum of Law in support of its Motion for leave to Supplement Response.

# I. BACKGROUND

On Wednesday December 9, 2009 "Danny" the La Grasso Bros. order taker called Defendnt David M. Mazur Jr., and told him that "American Foodservice needed to bring it's account within 7 day terms or we are done".   Dave gave Danny the Check # and Dollar amount of the payment for that week. Danny stated "that was not good enough, we're done".

Plaintiff La Grasso Bros., had extended 30 + terms to Defendant American Foodservice LLC for the last four years dating as far back as November 18 2006.  See Exhibit 1.

# II. ARGUMENT

### A.  The Standard to Be Applied

Summary Judgment should not be granted when Parties set forth different times of payment then those set forth in 27 7 C.F.R. 46.2 (aa) (1) though (10) .  As Parties who elect to use different times of payment must reduce there agreement to writing and maintain a copy of the agreement at the supplier.  The Plaintiff La Grasso Bros. did not comply with the terms of PACA.

The parties are permitted to agree to a date other than the default 10 day period provided by the regulations, they may not agree to a date that is more then 30 days after the date the goods are accepted for delivery. 7  C.F.R. 46.46(e)(2).    Should they do so

the supplier will loose the benefits of the trust.     The Plaintiff La Grasso Bros. extended

terms to defendant American Foodservice LLC beyond 30 days.  See Exhibit 2.

### III. CONCLUSION

For the forgoing reasons, Defendants request to have this case be moved

to the Circuit Court.

Dated this 22nd day of October 2010.

David M. Mazur Jr.

cc:     Stephen P. Stella (first class mail and via facsimile @ [313] 963-4614)
        422 W. Congress, Suite 400
        Detroit, MI 48226

        -and-

        Maria C. Simon (first class mail and via facsimile @ [202] 364-2731)
        c/o McCarron & Diess
        4530 Wisconsin Ave., NW Suite 301
        Washington, DC 20016

# EXHIBIT 1



**La Grasso Bros.**
INC.

**A HACCP Compliant Company**
5001 Bellevue • P.O. Box 2638
Detroit, Michigan  48202-2638
(313) 579-1455

Remit to:
LaGrasso Bros. Inc.
PO BOX 673444
DETROIT, MI 48267-3444

PAGE    1

DATE:    11/18/06

AMERICAN FOODSERVICE
15219 WELLER COURT
HOLLY          MI  48442

AM0002

# STATEMENT

OVERDUE ACCOUNTS WILL BE SUBJECT TO
A 1½% CHARGE PER MONTH, AN ANNUAL
RATE OF 18%.

SALESMAN:   JUN

| INVOICE | DATE | DEBITS | CREDITS | REFERENCE | BALANCE | AGE |
|---------|------|--------|---------|-----------|---------|-----|
| 00122856 | 10/18/06 | 1,233.25 | | | 1,233.25 | 30 |
| 00122858 | 10/18/06 | 166.00 | | | 166.00 | 30 |
| 00123175 | 10/19/06 | 224.50 | | | 224.50 | |
| 00125350 | 10/25/06 | 1,533.40 | | | 1,533.40 | |
| 00127393 | 10/31/06 | 594.10 | | | 594.10 | |
| 00127874 | 11/01/06 | 1,124.15 | | | 1,124.15 | |
| 00129877 | 11/07/06 | 679.35 | | | 679.35 | |
| 00130361 | 11/08/06 | 952.25 | | | 952.25 | |
| 00130394 | 11/08/06 | 8.65 | | | 8.65 | |
| 00130396 | 11/08/06 | 15.95 | | | 15.95 | |
| 00130679 | 11/09/06 | 178.80 | | | 178.80 | |
| 00132878 | 11/15/06 | 1,840.65 | | | 1,840.65 | |
| 00132918 | 11/15/06 | 28.00 | | | 28.00 | |
| | TOTALS | $8,579.05 | .00 | OPEN BAL | 8,579.05 | |

PLEASE INCLUDE INVOICE NUMBERS WITH YOUR REMITTANCE

| OVER 90 DAYS | 60–DAYS | 30–DAYS | CURRENT | ON ACCOUNT | NET DUE |
|--------------|---------|---------|---------|------------|---------|
| .00 | .00 | 1,399.25 | 7,179.80 | .00 | 8,579.05 |

# EXHIBIT 2



INC.

**A HACCP Compliant Company**
5001 Bellevue • P.O. Box 2638
Detroit, Michigan 48202-2638
(313) 579-1455

PAGE   1

DATE:   09/12/09

AMERICAN FOODSERVICE
2740 GRANGE HALL ROAD
FENTON        MI   48430

AM0002

# STATEMENT

SALESMAN:   JIM

OVERDUE ACCOUNTS WILL BE SUBJECT TO
A 1½% CHARGE PER MONTH, AN ANNUAL
RATE OF 18%.

| INVOICE | DATE | DEBITS | CREDITS | REFERENCE | BALANCE | AGE |
|---|---|---|---|---|---|---|
| 00469437 | 08/10/09 | 3,345.60 | | P.O. DAVE | 3,345.60 | 30 |
| 00469561 | 08/10/09 | 26.20 | | | 26.20 | 30 |
| 00470120 | 08/12/09 | 4,080.35 | | P.O. DAVE | 4,080.35 | 30 |
| 00471245 | 08/15/09 | 1,177.17 | | | 1,177.17 | |
| 00471711 | 08/17/09 | 3,280.15 | | P.O. DAVE | 3,280.15 | |
| 00471804 | 08/17/09 | 49.70 | | | 49.70 | |
| 00471810 | 08/17/09 | 29.40 | | | 29.40 | |
| 90078474 | 08/17/09 | | -116.15 | SD:00470120 | -116.15 | |
| 00472389 | 08/19/09 | 3,228.65 | | P.O. DAVE | 3,228.65 | |
| 00472438 | 08/19/09 | 43.70 | | | 43.70 | |
| 00472447 | 08/19/09 | 164.50 | | | 164.50 | |
| 00473440 | 08/24/09 | 1,048.35 | | P.O. DAVE | 1,048.35 | |
| 00474134 | 08/25/09 | 3,771.55 | | P.O. DAVE | 3,771.55 | |
| 00474166 | 08/25/09 | 24.30 | | | 24.30 | |
| 90078860 | 08/25/09 | | -22.90 | SD:00472389 | -22.90 | |
| 00475112 | 08/28/09 | 3,679.05 | | P.O. DAVE | 3,679.05 | |
| 00476342 | 09/01/09 | 3,566.65 | | P.O. DAVE | 3,566.65 | |
| 00476369 | 09/01/09 | 61.85 | | | 61.85 | |

| OVER 90 DAYS | 60 DAYS | 30 DAYS | CURRENT | ON ACCOUNT | NET DUE |
|---|---|---|---|---|---|
| | | | | | |

# La Grasso Bros.
### INC.

PAGE    2

**A HACCP Compliant Company**
5001 Bellevue • P.O. Box 2638
Detroit, Michigan  48202-2638
(313) 579-1455

DATE:    09/12/09

AMERICAN FOODSERVICE
2740 GRANGE HALL ROAD
FENTON            MI   48430

AM0002

# STATEMENT

| OVERDUE ACCOUNTS WILL BE SUBJECT TO A 1½% CHARGE PER MONTH, AN ANNUAL RATE OF 18%. |
|---|

SALESMAN:    JJN

| INVOICE | DATE | DEBITS | CREDITS | REFERENCE | BALANCE | AGE |
|---|---|---|---|---|---|---|
| 00477431 | 09/04/09 | 3,249.35 | | P.O. DAVE | 3,249.35 | |
| 00478379 | 09/08/09 | 395.05 | | | 395.05 | |
| 00478748 | 09/09/09 | 3,573.40 | | P.O. DAVE | 3,573.40 | |
| 00478817 | 09/09/09 | 41.25 | | | 41.25 | |
| 90079551 | 09/09/09 | | -31.50 | SO:00477431 | -31.50 | |
| 00479835 | 09/12/09 | 1,623.65 | | P.O. DAVE | 1,623.65 | |
| | TOTALS | 36,459.87 | -170.55 | OPEN BAL | 36,289.32 | |

PLEASE INCLUDE INVOICE NUMBERS WITH YOUR REMITTANCE

# PAST DUE

| OVER 90 DAYS | 60-DAYS | 30-DAYS | CURRENT | ON ACCOUNT | NET DUE |
|---|---|---|---|---|---|
| .00 | .00 | 7,452.15 | 28,837.17 | .00 | $36,289.32 |